To: U.S. Western District Court —   4/7/2024

From: Brian E. Schmiege, Din# 17B3495
6600 State Route 96 "Five Points C.F."
Romulus, N.Y., 14541

In RE's: Docket # 21-CV-00418-LJV-LGF

*UNITED STATES DISTRICT COURT FILED APR 10 2024 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY*

1.) Hello I am contacting you to request that a lawyer be appointed to represent me in these proceedings due to the following circumstances:

1st — I have provided the court with enough solid evidence and grounds to support my claims and proceed to these final stages and the chances of me having a positive outcome are also very high at this point and time in the case.

2nd — I have contacted #2 of my lawyer's Amy Jane Agnew and also Brett H. Klein in reguards to these proceedings but they are extremely busy at this time so they are unable to take my case, and I have also contacted #2 other law firm's requesting representation and I did not get a response back. So I have fulfilled my requirements to seek representation on my own which is required Per #1983 standards.

So I am asking the Judge to appoint me a lawyer.

Page →

2.) I am unable to safely provide anyone from the Courts or Attorney Generals office with oral Deposition due to my life, safety and well being being put in grave danger after the 1st time I provided oral Deposition to Assistant Attorney General Aimee Cowan on 3/5/2024 pertaining to a lawsuit I filed in the U.S. Northern District court Docket #9:22-cv-1371 and since I have been violently assaulted and I have been poisoned and retailiated against a #100 times worse then before I gave my oral Deposition on 3/5/2024 and since I have been threatend by NYSDOCCS Security staff along with O.S.I. Investigators Christian Nunez and Ryan Graziano and T. Meyers that they will murder me or have #1 of there NYSDOCCS Security staff friends at any facility I'm held at murder me?

So I am unable and unwilling to provide any kind of oral Deposition while in NYSDOCCS custody due to my life and safety being put in grave danger and since I have already had #9 different Assasination attempts on my life. So other arrangements will have to be put in place before I agree to providing any kind of oral Deposition that does not involve NYSDOCCS Security staff being present in the room when oral Deposition is being taken? Because my life and my well being has to be taken into consideration and not dissregarded like its already been?

page.3 →

3.) Furthermore I am not capable of properly defending myself or filing any additional cross motion's that might be required to be filed and responded to do to my lack of knowledge of 1983's and Discovery Rule #16(B) So I need a lawyer to be appointed to represent me so I'm being given a fair and non-bias chance to have a successful outcome?

Lastly I have suffered serious head Trauma since the last time I gave oral Deposition to Assistant Attorney General Aimee Cowan on 3/5/2024 so my thought processing isn't very clear at all right now and that leave's me with a dissadvantage in these Proceedings.

So in closing I would ask the court to grant my requests for appointment of counsel and for other security arrangements to be made if oral Deposition is required while Im in NYSDOCCS custody along with any/all other relief the court deems legal and Just.

Sincerly: Brian E. Schmiege   Din# 17B3495

CC: ESQ, Assistant Attorney General Connor S. Barnett

Case 1:21-cv-00418-LJV-LGF   Document 55   Filed 04/10/24   Page 4 of 4

FIVE POINTS CORRECTIONAL FACILITY
6600 STATE ROUTE 96, P.O. BOX 119
ROMULUS, NEW YORK 14541

NAME: Brian Schmiege  DIN: 17B3495  LOC: 12-C1-19

ROCHESTER NY 144
8 APR 2024 PM 1 L

Five Points Correctional Facility

neopost
04/08/2024
US POSTAGE $000.64⁰

FIRST-CLASS MAIL

ZIP 14541
041M11272007

Esq., U.S. Western District Court
c/o: Honorable Judge Leslie G. Foschio
2 Niagara Square
Buffalo, New York 14202-3350

USDC/WDNY
APR 10 2024
BUFFALO

Legal Mail          21-CV-418                    Legal Mail

14202-335099